# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

WALTER SOBIERAJ

                        Plaintiff(s),

***MEDIATION CERTIFICATION***

    17  - cv -  616

v.

UNITED STATES OF AMERICA

                        Defendant(s).

I hereby certify that:

☑ The mediation session scheduled for __10/11/18__ has been adjourned to __8/13/19__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/18/2019           Mediator: /S/ Michael Menard

***Additional Comments:***
_____
_____
_____

[Print]  [Clear Form]